**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PLUMBERS LOCAL 98 DEFINED BENEFIT
PENSION FUND, et al.

       Plaintiffs,

v.                                        Case No. 08-CV-10762

NORTH END PLUMBING AND HEATING
COMPANY, et al.

       Defendants.
                                   /

**SCHEDULING ORDER**

The court met with representatives of all parties on October 28, 2008. The court was informed that discovery is on-going and has resulted in an audit report which all parties have now reviewed. The court encourages the parties to continue their good-faith discovery efforts, and to diligently pursue settlement discussions in anticipation of the next status conference. Accordingly,

IT IS ORDERED that the parties appear before the court on **December 1, 2008 at 4:00 p.m.** for a status conference. Prior to the December 1 status conference, at a date to be determined, the parties, including party representatives with full settlement authority, will appear before Magistrate Judge Donald Scheer to conduct a formal settlement conference. In the event the parties settle this matter prior to the date set for either the status or settlement conference, the parties are instructed to notify the court immediately.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: October 31, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 31, 2008, by electronic and/or ordinary mail.

                                           s/Lisa G. Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\08-10762.PLUMBERS98.StatusAndScheduling-EEW.wpd

2